UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :
                                :   Criminal No. 08-515(SDW)
                                :
         v.                     :
                                :
                                :           O R D E R
                                :
ANIBELCA RAMIREZ AND            :
JOSE FERNANDEZ                  :
                                :
         Defendants.            :
                                :

This matter having been brought before the Court upon the application of Rem Zeller Law Group, attorneys for defendant, Jose Fernandez, on a motion to modify the conditions of defendant's release, and with the consent of the Assistant United States Attorney Deborah J. Gannett on behalf of the United States of America, and for good cause having otherwise been shown;

IT IS on this 12th day of November, 2008;

ORDERED that defendant's conditions of release are hereby modified so that defendant is permitted to travel to and from

his place of employment as preapproved by Pretrial Services and in accordance with the terms of Pretrial Services.

                      HONORABLE SUSAN D. WIGENTON
                      UNITED STATES DISTRICT JUDGE

The undersigned hereby consent to the form and entry of the within Order.

REM ZELLER LAW GROUP
Attorneys for Defendant,
JOSE FERNANDEZ

By: _____
    JAMES B. SEPLOWITZ, ESQ.

UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY

By: _Deborah J. Gannett_
    DEBORAH J. GANNETT,
    ASSISTANT U.S. ATTORNEY

2