**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 08-515-02 |
| Petitioner(s) | : | |
| v. | : | **ORDER** |
| JOSE FERNANDEZ | : | |
| Defendant(s) | : | |

It is on this 14th day of June, 2010,

ORDERED that the letter request dated April 21, 2010 for additional halfway house time is denied.

_____
SUSAN D. WIGENTON, U.S.D.J.